UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASEY W. WELK,

    Defendant.

Case No. 20-CR-  20-CR-167

[18 U.S.C. § 2252A(a)(2)(A)]

**Green Bay Division**

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about December 12, 2019, in the State and Eastern District of Wisconsin,

**CASEY W. WELK**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography distributed by the defendant included an image identified by the following time stamp:

| Date and Time | Description |
|---|---|
| December 12, 2019 at 22:59:52 UTC | An image of a partially naked prepubescent juvenile female who is spreading her buttocks and exposing her vulva and vaginal opening. |

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  On or about December 12, 2019, in the State and Eastern District of Wisconsin,

## CASEY W. WELK

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2.  The child pornography distributed by the defendant included an image identified by the following time stamp:

| Date and Time | Description |
| --- | --- |
| December 12, 2019 at 22:44:34 UTC | An image of a prepubescent juvenile female on horseback who is pulling her shorts to the side of her body and exposing her vulva. |

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE NOTICE

Upon conviction of either count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A TRUE BILL:

Dated: September 15, 2020

MATTHEW D. KRUEGER
United States Attorney

3