# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **TELEPHONE STATUS CONFERENCE (Counsel Only)** |
| **CASEY W. WELK** | Case No. 20CR167 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 1:30 pm |
| Proceeding Held: November 17, 2020 | Time Concluded: 1:34 pm |
| Deputy Clerk: Lori | Tape: 111720 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Alex Duros |
| CASEY W. WELK, by: | Scott Stebbins |
| US PROBATION OFFICE by: | |
| INTERPRETER: None | ☐ Interpreter Sworn |

This was originally scheduled for a Final Pretrial Conference and was converted to a counsel only status conference. A motion to adjourn the 11/30/2020 trial date was granted on 11/4/2020.

Mr. Stebbins has reviewed the discovery provided to Mr. Phillip and met with the defendant. Counsel is awaiting the results of some evaluations that were being done at the state level and needs to meet with Mr. Duros to review some of the more sensitive discovery. Counsel requests a Change of Plea hearing in 45 days. Defendant is not in custody and has been compliant with court ordered conditions of release.

The Government does not oppose the request.

(Zoom) Change of Plea hearing scheduled for 12/29/2020 at 1:30 pm.

In the interest of justice, the Court excludes time under the Speedy Trial Act from 11/30/2020 – 12/29/2020.