UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN (Green Bay)

UNITED STATES OF AMERICA,

                    Plaintiff,

                                        Case No. 20-CR-167

      v.

CASEY W. WELK,

                    Defendant.

## DEFENDANT'S CHARACTER LETTER

        The Defendant, Casey W. Welk, through Attorney Scott L. Stebbins of the Law Offices of Crowell and Schuchart, LLC., does hereby submit the following for the Court's consideration at sentencing:

1. Character Reference Letter from Mr. Welk's father, Brian[1].

        Dated at Green Bay, Wisconsin on Tuesday, May 11, 2021.

                                      Respectfully submitted,

                                      **_/s/ Scott L. Stebbins_**
                                      Scott L. Stebbins
                                      Attorney for Defendant
                                      WI Bar #1097832
                                      Law Offices of Crowell & Schuchart, LLC
                                      130 East Walnut Street, 7th Floor
                                      Green Bay, WI 54301
                                      Telephone: 920-430-3090
                                      Fax: 920-436-9367
                                      Email: scott@titletownattorney.com

---

[1] The letter begins on the second page of this filing.

1

To whom it may concern,

My name is Brian Welk, and I am Casey's father. He is my only son and I love him dearly. Casey and I have been close his whole life, even though we have had ups and downs like most relationships. Our relationship right now is stronger and closer than ever. Casey has always been a loving, fun, and wonderful person to have around. He puts people first & it really shows. Casey is a people pleaser and is always concerned about others' needs before his own. I've often thought that the world would be a much better place if everyone were like Casey.

Casey has been very forthcoming about everything involved in his case. He has been open and honest with me. We have had many one on one discussions about his problems as well as many counseling sessions. We have cried together and helped each other along the way. Casey has prayed with me and I have witnessed him repenting to the Lord, asking for forgiveness. Casey has deepened in faith through this and I feel strongly that it will continue to grow. My wife and I will continue to stand beside him and help him to grow as much as possible. We all want to see him put these harmful things behind him. I believe he has the strength and ability to do so.

Casey has proven to be a good employee and contributor in society. He is a hard worker and loves to help others when he can. I have witnessed countless times where he has made sacrifices for others. We live in an area with many older people. Casey has voluntarily mowed lawns, shoveled snow, watched homes when people are gone, and checked on the wellbeing of many of them. During storms he will make sure they have what they need to be ok and then check on them once it has passed. As an employee, Casey has gone above and beyond his job duties. He will volunteer to do tasks when co-workers are absent, he will voluntarily stay later to help complete a job, & he works hard to keep the work environment safe & organized to help make everyone's job easier. Society is better with Casey in it.

I believe that the poor choices that Casey made are a result of a combination of things. He has always struggled with friendships with kids his own age. He is much more able to relate to adults instead. We have come to realize that this is a common trait with people having Asperger's/Autism Spectrum (A recent diagnosis for Casey). As a result, he has never had many friends. He was often bullied in school to the point of further withdrawing into himself. Casey relied on his family for friendship and attention. This surfaced as a significant issue when our family experienced some traumatic events. Casey's mom was diagnosed with breast cancer, Casey's dog died, two people close to him died, and Casey witnessed a suicide attempt by his, at the time, soon to be brother-in-law (please see the attached document).

Casey has made great strides since his arrest. He has opened up and shared the deep pain he has been in since all of those traumatic events occurred. He had never really fully dealt with his feelings until now. Casey seems healthier now than he has been in years. He is beginning to understand who he is and how best to deal with difficult situations. He continues to work hard at applying the coping skills he is learning in counseling. He is seeing the future in a more positive light.

Casey has never been one to purposely break the rules or go against authority. He is a very moral person. He has no past criminal record. Casey has never even gotten a speeding ticket.

The only encounter with law enforcement was a burned out headlight. He didn't even get detentions in school. His teachers let us know that Casey was always willing to help out his classmates in the classroom, but especially out on the playground. He would make it a point to get injured students to the school nurse. The teachers commented on the fact that they did not have to worry about Casey's behavior. They could always count on Casey doing what he was supposed to do. I see Casey every day and I myself see the goodness in his heart. Casey has truly learned his lesson and will not reoffend.

I ask that you please consider that this is a good person who is a positive contributor to society. I feel that Casey understands how much his actions negatively affected many people. He will never be able to live the life he was hoping for. For Casey, sentencing him to prison would be counterproductive. He needs to continue to work with his counselor to better understand & deal with his recent diagnoses. I sincerely hope you keep these things in mind while making your decision.

Thank you,
Brian Welk